# ORDER

**VIRGINIA:**

In the Court of Appeals of Virginia on Tuesday the 12th day of November, 1991.

Lucius Junius White, Appellant,

against

Commonwealth of Virginia, Appellee.

COUNSEL

William B. Kerkam, III (James A. Baber, III; Bremner, Baber & Janus, on brief), for appellant.

Eugene Murphy, Assistant Attorney General (Mary Sue Terry, Attorney General, on brief), for appellee.

## UPON REHEARING EN BANC

OPINION

On March 19, 1991 a panel of this Court vacated and remanded the convictions of Lucius Junius White, 12 Va. App. 99, 402 S.E.2d 692 (1991). A dissenting opinion was filed in the panel decision. The Commonwealth's petition for rehearing *en banc* was granted and heard on October 23, 1991. For the reasons stated in the panel's majority opinion, the convictions are vacated, the stay of this Court's March 19, 1991 mandate is lifted and the matter is remanded to the Circuit Court of Henrico County.

Judges Baker, Coleman, Elder, and Moon would affirm the convictions for the reasons stated in the dissenting opinion of the original panel decision.

The trial court shall allow the court-appointed attorneys for the appellant an additional fee of $300 for services rendered the appellant on the rehearing portion of this appeal, in addition to

counsel's costs and necessary direct out-of-pocket expenses.

This order shall be published and certified to the trial court.